JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GEORGE CRABTREE, <br> Petitioner, <br> v. <br> MATTHEW CATE, Secretary – California Department of Corrections and Rehabilitation, et al. <br> Respondent. | Case No. CV 10-9554-PSG (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: ____June 15, 2012_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE